# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2014

Lyle W. Cayce
Clerk

No. 14-30228
Summary Calendar

BRANDON SCOTT LAVERGNE,

Plaintiff - Appellant

v.

LAINCY VASSEUR MARTINEZ,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
No. 6:13-cv-2121

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:*

The district court's dismissal of Plaintiff-Appellant Brandon Scott Lavergne's claims as frivolous is AFFIRMED. *See Ali v. Higgs*, 892 F.2d 438, 440 (5th Cir. 1990).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.